IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GARRISON FOREST PROPERTIES, LLC, | ) | Case No. 09-10037-RAG |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**MOTION TO APPROVE AUCTION SALE OF 101 MEADOW ROAD, OWINGS MILLS, MARYLAND, FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(b) & (f)**

Garrison Forest Properties, LLC ("Debtor") by its attorney, James C. Olson, moves pursuant to 11 U.S.C. § 363(b) & (f), Rules 2002(a)(2), 6004, and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 6004-1 for and order permitting the Debtor to sell 1.1 acres of real property located at 101 Meadow Road, Owings Mills, Maryland 21117 (the "Property) at public auction free and clear of all liens, encumbrances, claims, liabilities and interests.

**Background**

1. On January 2, 2009, the Debtor filed a Voluntary Petition in this Court for relief under Chapter 11 of title 11 of the United States Code.

2. The Debtor has continued in possession of its property and the operation of its business pursuant to 11 U.S.C. § 1107.

3. The Debtor is in the business of owning, developing and/or selling the Property.

4. The Debtor's assets consist primarily of the Property. Prior to filing the petition, the Debtor engaged A.J. Billig & Co., LLC ("Auctioneer") to sell the Property at public auction.

**Asset Being Sold**

5. The Property which is the subject of this motion consists of approximately 1.1

acres of real property located at 101 Meadow Road, Owings Mills, Maryland 21117, zoned RAE2.  Although a single family home currently occupies the Property, the highest and best use is the construction of a multiunit dwelling in accordance with the zoning.  The Property is located near the intersection of Red Run Boulevard and Painters Mill Road in Owings Mills, near the Hyatt Place Hotel.

      6.      The Debtor acquired the Property on June 30, 2000, at a purchase price of $285,000.

      7.      Although no formal appraisal of the Property has been commissioned, the Debtor believes that the Property is worth in excess of $500,000.  Baltimore County assessed the Property at $447,900 as of January 1, 2007.

## Terms of Sale of Property

      8.      The Property is to be sold at public auction at a date and time to be selected by the auctioneer to the highest bidder.  The Auctioneer will receive a five percent commission on the purchase price plus reimbursement of advertising cost.  A separate application to retain the auctioneer has been filed by the Debtor.

      9.      The Debtor proposes to sell the Property to Purchaser free and clear of all liens, encumbrances, interests and claims, including, without limitation, those of the Emigrant Mortgage Company, Inc., and any entities for which it may act as servicer, Margaret D. Keller, the taxing authorities, and any judgment lien holders.

      10.      Unless disputed, liens and encumbrances will be paid at closing of the sale.  Any disputed amount will be held in escrow pending a determination of the dispute by this Court.

**Liens, Encumbrances and Interests in the Property**

*Real Property Tax Liens*

11.	To the best of the Debtor's knowledge, all real property taxes are current. There are no tax liens encumbering the Property.

*Mortgages*

12.	On or about February 28, 2007, a deed of trust in favor of Emigrant Mortgage Company, Inc. to secure a debt in the amount of $350,000.00 (the "Emigrant Loan") was recorded in the land records of Baltimore County, Maryland, at book 25313, page 384.

13.	According to the Statement of Debt Due Under Deed of Trust and Deed of Trust Note filed by the trustees in the foreclosure proceeding, the balance due on the Emigrant Loan is $376,872.32. On January 14, 2009, Emigrant filed a proof of claim in the amount of $404,267.08. The Debtor disputes the latter amount.

14.	The Property is also encumbered by an Indemnity Deed of Trust ("IDOT") dated July 23, 2003, securing a loan from Margaret D. Keller to James D. Drayton in the amount of $80,000 ("Keller Loan") and recorded in the land records of Baltimore County, Maryland, at book 18498, page 663. Mr. Drayton holds an 80 percent membership interest in the Debtor. Ms. Keller is Mr. Drayton's mother. The amount secured by the IDOT as of January 19, 2009, is $119,662.93. Although the Keller Loan predates the Emigrant Loan, by Deed of Subordination dated February 28, 2007, and recorded in the land records of Baltimore County, Maryland, at book 25313, page 406, the IDOT was subordinated to the Emigrant Loan deed of trust.

*Judgment Liens*

15.	The Debtor is not aware of any judgment liens affecting the Property.

*Liens Attach to Proceeds of Sale*

16.     All of the liens, encumbrances, interest, liabilities, or claims to which the Property is subject, and from which the Property is being sold free and clear, shall attach to the proceeds from the sale of the Property in the same order and priority that such liens, interests, claims, liabilities and encumbrances have under applicable nonbankruptcy law.  As set forth below, the Debtor proposes to pay all lien holders in full at closing.

*Notice to Holders of Liens, Encumbrances and/or Interests*

17.     The Debtor is serving notice of the present motion on all creditors of the estate at the addresses contained on the proof of claim filed by such creditor or, in the absence of a filed proof of claim, at the address listed on the Debtor's books and records.  With respect the parties discussed above who may hold interests in the Property, whether by way of lien or otherwise, the Debtor is additionally mailing a notice to the resident agent of such entity as listed in the records of the Maryland State Department of Assessment and Taxation, or the equivalent registry in another state where such creditor has a registered agent or to the correct address as determined by actual telephone contact with such party, except where the Debtor has been unable to locate such an address after reasonable efforts.

## Distribution of Proceeds

18.     At closing of the sale of the Property, the proceeds of the sale will be used (a) first to pay transfer taxes, recordation fees and other normal and customary closing costs, (b) second to pay the Auctioneer's commission in the amount of 5 percent plus advertising costs, (c) third to pay the estate's proportionate share of real property taxes, water/ sewage charges and ground rent due (if any) as of the date of closing, and (d) fourth to pay the principal and interest and other

allowable charges and amounts due to any person whose interest or claim is secured by a non-avoidable, non-subordinated, valid and perfected interest or lien on the Property in the order of their priority, until all liens are satisfied.  The Debtor anticipates that the proceeds of the sale will be sufficient to pay the Emigrant Loan and the Keller Loan in full.  The balance of the proceeds, if any, will be paid to the Debtor.

WHEREFOR, the Debtor requests that this Court enter an order approving the sale of the Property at public auction and the distribution of the proceeds on the terms set forth in this motion.

Dated: January 20, 2009

/s/  James C. Olson                          .
James C. Olson (07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
(410) 356-8852
jcolson@msn.com

Attorney for Garrison Forest Properties, LLC

04659

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 20, 2009, a copy of the foregoing Motion To Approve Sale Of 101 Meadow Road, Owings Mills, Maryland, Free And Clear Of Liens And Encumbrances Pursuant To 11 U.S.C. § 363(b) & (f), and form of proposed order was served (1) electronically to all parties on this Court's CM/ECF notice list and (2) by first-class mail to:

Emigrant Mortgage Company, Inc.
C/o The Corporation Trust, Resident Agent
300 East Lombard Street
Baltimore, Maryland  21202

Emigrant Mortgage Company, Inc.
5 East 42nd Street
New York, NY 10017
Attn: Chief Financial Officer

Friedman & MacFadyen, P.A.
210 East Redwood Street
Suite 400
Baltimore, MD 21202

Margaret D. Keller
28711 Springfield Road
Easton, MD

Office of U. S. Trustee
101 West Lombard Street
Room 2650
Baltimore, Maryland 21201

                                          */s/   James C. Olson*                 .
                                          James C. Olson